FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>　　　　　　Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>CAROLE ANNE HUMPHREY   )<br>  )<br>  )<br>　　　　　　Defendant.   )<br>_____  ) | No.   2:26-MJ-00004-JAG |

　　　　　Received Rule 5 papers from the United States District Court, District of Idaho.