# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Carole Anne Humphrey | **CASE INFORMATION:** CR 25-0332-CDCN |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED** Public | **CASE NUMBER:** |
| **SERVICE TYPE:** Warrant (Summons/ Warrant/ Notice) | |
| **ISSUE:** Yes | **County of Offense:** Nez Perce |
| **INTERPRETER:** No | |
| **If YES, language:** | |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| Felony: | Yes | Class A Misdemeanor: | No |
|---|---|---|---|
| | | Class B or C Misdemeanor: (Petty Offense) | No |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | ONE | Possession of a Controlled Substance with Intent to Distribute | Mandatory Min 5 years up to 40 years, at least 4 years and up to life supervised release, $5,000,000.00 fine, $100 Special Assessment |
| 21 U.S.C. § 853 | CRIMINAL FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture |

Date: December 16, 2025        Assistant U.S. Attorney: ADAM M. JOHNSON
                               Telephone No.: (208) 667-6568

**U.S. COURTS**

DEC 1 6 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO