# UNITED STATES DISTRICT COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| **CAROLE ANNE HUMPHREY** | CASE NO: 3:25-CR-00332-C-DCN |

To: The United States Marshal
and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest **CAROLE ANNE HUMPHREY** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

**21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

| | |
|---|---|
| Lynette Parson, Deputy Clerk | December 16, 2025 |
| Name and Title of Issuing Officer | Date |



United States Courts
District of Idaho
**ISSUED**
Lynette Parson
on Dec 16, 2025 3:06 pm

### RETURN

This warrant was received_____ and executed with the arrest of the above-name individual at _____.

_____

_____         _____
Signature of Arresting Officer                                   Date of Arrest

_____
Name & Title of Arresting Officer