Todd Blanche
Deputy Attorney General of the United States
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLE ANN HUMPHRY,<br><br>Defendant. | Case No.: 2:26-MJ-00004-JAG<br><br>Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.  <u>18 U.S.C. § 3142(e) and (f)</u>

   1.   <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☐   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐   A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

1  ☐   An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum
2 penalty of 10 years or more;

3  ☐   Maximum penalty of life imprisonment or death;

4  ☒   Drug offense with maximum penalty of 10 years or more;

5  ☐   Felony, with two prior convictions in above categories;

6  ☐   Felony that involves a minor victim or that involves the possession or
7 use of a firearm or destructive device as those terms are defined in 18 U.S.C.
8 § 921, or any other dangerous weapon, or involves a failure to register under
9 18 U.S.C. § 2250;

10  ☐ Minor Victim    ☐ Firearm    ☐ Destructive Device
11  ☐ Dangerous Weapon   ☐ Failure to Register

12  ☒   Serious risk Defendant will flee (as specified below); or

13  ☒   Serious risk obstruction of justice (as specified below).

14  2.   <u>Reason for Detention</u>

15  The Court should detain Defendant because there is no condition or
16 combination of conditions which will reasonably assure (check one or both):

17  ☒   Defendant's appearance as required; or

18  ☒   Safety of any other person and the community.

19  3.   <u>Rebuttable Presumption</u>.

20  The United States

21  ☒   will

Motion for Detention - 2

☐ will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☒ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

B. <u>No Contact Order</u>

Motion for Detention - 3

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated: January 7, 2026.

Todd Blanche
Deputy Attorney General of the United States

<u>s/ Stephanie Van Marter</u>
Stephanie Van Marter
Assistant United States Attorney

Motion for Detention - 4

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Stephanie Van Marter</u>
Stephanie Van Marter
Assistant United States Attorney

Motion for Detention - 5