

Adrien Fox
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

# United States District Court
## Eastern District of Washington

| | |
|---|---|
| United States of America, | No. 2:26-mj-00004-JAG-1 |
| Plaintiff, | |
| v. | Notice of Appearance |
| Carole Anne Humphrey, | |
| Defendant. | |

Please take notice that Adrien Fox is appearing as attorney of record for Carole Anne Humphrey on this matter.

Dated: January 9, 2026

>  Federal Defenders of Eastern Washington & Idaho
>  Attorneys for Carole Anne Humphrey
>
>  *s/Adrien Fox*
>  Adrien Fox, ID 9483
>  601 W. Riverside Ave., Ste. 900
>  Spokane, Washington 99201
>  Phone (509) 624-7606
>  Fax (509)747-3539
>  Adrien_Fox@fd.org

## Service Certificate

I certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Stephanie A Van Marter.

>  *s/Adrien Fox*
>  Adrien Fox, ID 9483
>  601 W. Riverside Ave., Ste. 900
>  Spokane, Washington 99201
>  Phone (509) 624-7606
>  Fax (509)747-3539
>  Adrien_Fox@fd.org